■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. WIGGINS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Pirro, J.), rendered November 12, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

During his plea allocution, the defendant effected a valid waiver of his right to appeal (see, People v Seaberg, 74 NY2d 1; People v Burk, 181 AD2d 74). Were we to have reached the merits, we would have held that the defendant's contentions are entirely without merit. Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WINFREE, Appellant.—Appeal by the defendant from two judgments of the County Court, Westchester County (West, J.), both rendered February 28, 1989, convicting him of sodomy in the first degree and sexual abuse in the first degree under Indictment No. 87-01719 and sexual abuse in the first degree under Indictment No. 88-00164, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.